441 A.2d 461

Commonwealth v. Hunter, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.